UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Honorable  Patty Shwartz** | **U.S. Post Office & Courthouse Bldg.** |
| **United States Magistrate Judge** | **Federal Square, Newark, NJ  07101** |
| | **(973) 645-6596** |

October 3, 2005

William J. Courtney
Antholis & Courtney, LLC
2 Main Street
P.O. Box 112
Flemington, New Jersey 08822

Brian M. Murphy
50 Chestnut Ridge Road
Suite 115
Montvale, New Jersey 07645

Richard A. Joel, Sr.
Joel & Joel, LLP
496 Kinderkamack Road
Oradell, New Jersey 07649

## LETTER ORDER

   RE:   PLACONTROL v. US DENTEK CORPORATION
            Civil Action No. 03-2572(FSH)

Dear Mr. Courtney:

   Enclosed is a copy of Hon. Faith S. Hochberg's final pretrial instructions.  Please disseminate a copy of the instructions to all counsel in the above-captioned matter.

**SO ORDERED.**

s/Patty Shwartz
**United States Magistrate Judge**