UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**PLACONTROL** : Civil No. 03-2572(FSH)

v. : **ORDER ON INFORMAL APPLICATION**

**U.S. DENTEK** :

    This matter having come before the Court by way of letter dated November 10, 2005, in which the defendant had expressed a concern regarding certain deadlines set forth in a proposed form of order; and the Court having reviewed the proposed form of order, and the Court having made adjustments thereto which accelerate the deadline for raising discovery disputes, <u>see</u> Order dated November 10, 2005, at 2; and it therefore appearing that defendant's concerns have been addressed; and for good cause shown,

    IT IS on this 16th day of November, 2005

    ORDERED that the request for relief set forth in the letter dated November 10, 2005 is moot; and

    IT IS FURTHER ORDERED that all terms of the Order dated November10, 2005 shall remain in full force and effect.

                                             s/Patty Shwartz
                                             UNITED STATES MAGISTRATE JUDGE