NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PLACONTROL, INC., | : Hon. Faith S. Hochberg |
| Plaintiff, | : Civil No. 03-2572 (FSH) |
| v. | : **ORDER** |
| U.S. DENTEK CORP., et al. | : Date: March 15, 2006 |
| Defendants. | |

**HOCHBERG, District Judge:**

The Court has determined that, in light of the relative simplicity of the subject matter covered by the patent in this action, the non-adversarial preview of the substantive art at issue originally provided for in the Second Amended Pretrial Order is unnecessary. All terms of the said Order shall otherwise remain in full force and effect.

**SO ORDERED**.

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**