LAW OFFICES OF WILLIAM J. COURTNEY, L.L.C.
2 Main Street
P.O. Box 112
Flemington, New Jersey 08822
(908) 782-5900

FEDERAL BAR NO. WC-6762

Attorneys for Plaintiff
Placontrol, Inc.

| | |
|---|---|
| PLACONTROL, INC.,<br><br>              Plaintiff,<br><br>vs.<br><br>U.S. DENTEK CORPORATION, ALPINE ORAL CARE, INC., et al.<br><br>              Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.  2:03cv02572<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLACONTROL, INC. AND US DENTEK CORPORATION (a/k/a DENTEK ORAL CARE, LLC)** |

THIS MATTER in difference in the above-entitled action having been amicably adjusted

by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby

dismissed with prejudice and without costs against either party.

Dated: October 4 , 2006

_____s/ Geoffrey D. Kressin_____
Geoffrey D. Kressin
Attorney for Defendant
US Dentek Corporation
(a/k/a Dentek Oral Care, LLC)

_____s/ William. J. Courtney_____
William J. Courtney
Attorney for Plaintiff
Placontrol, Inc.

So ordered: [signature]

October 5, 2006